IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN STAUFFACHER,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>  Defendant. | Civil No. 2:13-CV-05057-JPH<br><br><br><br>ORDER |

The parties filed a stipulated motion for remand pursuant to sentence six. ECF No. 11. After consideration,

**IT IS ORDERED** that the above-captioned case is remanded pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings, specifically, upon receipt of this Order, the Appeals Council will remand the case to an administrative law judge for a *de novo* hearing.

Page 1    ORDER - [2:13-CV-05057-JPH]

This Court retains jurisdiction over the case.  If the outcome of the *de novo* hearing is unfavorable to Plaintiff, he may seek judicial review by reinstating this case rather than by filing a new Complaint.  If the outcome is favorable to Plaintiff, the parties will move this Court for entry of Judgment.

DATED this 12th day of  August,  2013.

*S/ James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE
